# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 207.181.226.123 | RCN Corporation | 2011-12-21 22:50:55 |
| 24.15.181.123 | Comcast Cable Communications | 2011-12-30 09:52:06 |
| 24.15.63.82 | Comcast Cable Communications | 2011-10-25 02:07:25 |
| 67.159.28.60 | FDCservers.net | 2011-10-17 15:05:35 |
| 67.163.7.107 | Comcast Cable Communications | 2011-10-27 17:44:33 |
| 67.167.49.158 | Comcast Cable Communications | 2011-10-10 22:23:28 |
| 67.174.5.163 | Comcast Cable Communications | 2011-10-11 03:09:35 |
| 67.184.59.99 | Comcast Cable Communications | 2011-10-11 09:36:33 |
| 69.209.201.30 | AT&T Internet Services | 2011-11-05 21:50:03 |
| 69.47.155.216 | WideOpenWest | 2011-10-11 03:27:52 |
| 70.225.172.75 | AT&T Internet Services | 2011-10-13 00:25:46 |
| 71.194.110.36 | Comcast Cable Communications | 2011-11-13 19:39:17 |
| 71.239.125.174 | Comcast Cable Communications | 2011-10-11 19:34:10 |
| 71.81.76.12 | Charter Communications | 2011-10-10 22:04:45 |
| 75.11.157.238 | AT&T Internet Services | 2012-01-17 21:28:42 |
| 75.21.83.27 | AT&T Internet Services | 2011-12-11 07:12:24 |
| 75.26.226.248 | AT&T Internet Services | 2011-10-16 10:58:25 |
| 76.16.39.84 | Comcast Cable Communications | 2011-11-07 20:41:20 |
| 96.35.179.176 | Charter Communications | 2011-10-11 03:29:42 |
| 98.206.217.161 | Comcast Cable Communications | 2011-10-11 01:29:00 |
| 98.213.231.78 | Comcast Cable Communications | 2011-12-15 04:17:50 |
| 98.214.217.138 | Comcast Cable Communications | 2011-11-15 16:56:07 |
| 98.227.120.116 | Comcast Cable Communications | 2011-10-17 17:18:13 |
| 99.177.131.220 | AT&T Internet Services | 2011-10-12 14:44:15 |
| 99.50.161.106 | AT&T Internet Services | 2011-10-13 01:15:05 |