# EXHIBIT "A"

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:12-mc-00150-RLW-AK

MILLENNIUM TGA, INC. v. COMCAST CABLE
COMMUNICATIONS LLC
Assigned to: Judge Robert L. Wilkins
Referred to: Magistrate Judge Alan Kay
Case in other court: USDC for the District Court for the
               Southern Distr, 4:11-cv-4501-VG
Cause: 28:185 Suit to Compel Arbitration

Date Filed: 03/07/2012
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Petitioner**

**MILLENNIUM TGA, INC.**

represented by **John L. Steele**
PRENDA LAW INC.
161 N. Clark, Street
Suite 3200
Chicago, IL 60601
(312) 880-9160
Fax: (312) 893-5677
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul A. Duffy**
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601
(312) 880-9160
Fax: (312) 893-5677
Email: paduffy@wefightpiracy.com
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**
**JOHN DOE**

V.

**Respondent**

**COMCAST CABLE
COMMUNICATIONS LLC**

represented by **John David Seiver**
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W.
Suite 800

Washington, DC 20006
(202) 973-4200
Email: johnseiver@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2012 | 1 | MOTION to Compel Compliance with Subpoena by MILLENNIUM TGA, INC. (Fee Paid $46.00, Receipt No. 4616046563) (kb) (Entered: 03/07/2012) |
| 03/07/2012 | 2 | NOTICE OF RELATED CASE by MILLENNIUM TGA, INC.. Case related to Case No. 4:11-cv-4501-VG, USDC for the Southern District of Texas. (kb) (Entered: 03/07/2012) |
| 03/07/2012 | 3 | CERTIFICATE OF SERVICE by MILLENNIUM TGA, INC. re 1 MOTION to Compel *Amended Certificate of Service*. (Duffy, Paul) (Entered: 03/07/2012) |
| 03/08/2012 | 4 | ORDER REFERRING CASE to a Magistrate Judge for determination. Signed by Judge Ellen S. Huvelle on March 8, 2012. (AG) (Entered: 03/08/2012) |
| 03/08/2012 | 5 | CASE REFERRED to Magistrate Judge Alan Kay for determination. (kb) (Entered: 03/12/2012) |
| 03/26/2012 | 6 | NOTICE of Appearance by John David Seiver on behalf of COMCAST CABLE COMMUNICATIONS LLC (Seiver, John) (Entered: 03/26/2012) |
| 03/26/2012 | 7 | Memorandum in opposition to re 1 MOTION to Compel filed by COMCAST CABLE COMMUNICATIONS LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Seiver, John) (Entered: 03/26/2012) |
| 03/26/2012 | 8 | NOTICE OF RELATED CASE by COMCAST CABLE COMMUNICATIONS LLC. Case related to Case No. 1:11-cv-02176-RLW. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Seiver, John) (Entered: 03/26/2012) |
| 03/26/2012 | 9 | MOTION for Reassignment by COMCAST CABLE COMMUNICATIONS LLC. (See Docket Entry 8 to view document) (kb) (Entered: 03/27/2012) |
| 03/28/2012 | 10 | RESPONSE re 9 MOTION to Reassign Case *And Response In Opposition to Notice of Related Case* filed by MILLENNIUM TGA, INC.. (Duffy, Paul) (Entered: 03/28/2012) |
| 03/29/2012 | 11 | REPLY to opposition to motion re 1 MOTION to Compel *Compliance With Subpoena* filed by MILLENNIUM TGA, INC.. (Duffy, Paul) (Entered: 03/29/2012) |
| 04/13/2012 | | MINUTE ORDER setting a brief Telephone Conference for 4/17/2012, at 02:00 PM before Magistrate Judge Alan Kay. Counsel for Millenium and Counsel for Comcast should jointly contact chambers at 202-353-3030, at that time. Signed by Magistrate Judge Alan Kay on 04/13/12. (DM) (Entered: |

| | | 04/13/2012) |
|---|---|---|
| 04/16/2012 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- John L. Steele, :Firm- Prenda Law, Inc., :Address- 161 N. Clark Street, Suite 3200, Chicago, Illinois, 60601. Phone No. - (312) 880-9160. Fax No. - (312) 893-5677 by MILLENNIUM TGA, INC. (Duffy, Paul) (Entered: 04/16/2012) |
| 04/17/2012 | 13 | NOTICE OF SUPPLEMENTAL AUTHORITY by COMCAST CABLE COMMUNICATIONS LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Seiver, John) (Entered: 04/17/2012) |
| 04/17/2012 | 14 | RESPONSE re 13 NOTICE OF SUPPLEMENTAL AUTHORITY filed by MILLENNIUM TGA, INC.. (Attachments: # 1 Exhibit Motion to Alter or Amend March 30, 2012 Order)(Duffy, Paul) (Entered: 04/17/2012) |
| 04/18/2012 | 15 | MEMORANDUM ORDER granting in part and denying in part 1 Motion to Compel. Signed by Magistrate Judge Alan Kay on 04/17/12. (DM) (Entered: 04/18/2012) |
| 04/18/2012 | | MINUTE ORDER granting 12 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Alan Kay on 04/18/12. (DM) (Entered: 04/18/2012) |
| 05/02/2012 | 16 | Appeal of Magistrate Judge Decision to District Court by COMCAST CABLE COMMUNICATIONS LLC re 15 Order on Motion to Compel (Seiver, John) (Entered: 05/02/2012) |
| 05/17/2012 | 17 | RESPONSE re 16 Appeal of Magistrate Judge Decision to District Court filed by MILLENNIUM TGA, INC.. (Duffy, Paul) (Entered: 05/17/2012) |
| 05/24/2012 | 18 | REPLY re 16 Appeal of Magistrate Judge Decision to District Court filed by COMCAST CABLE COMMUNICATIONS LLC. (Attachments: # 1 Exhibit Attachment 1)(Seiver, John) (Entered: 05/24/2012) |
| 05/24/2012 | 19 | MOTION for Extension of Time to *Comply* by COMCAST CABLE COMMUNICATIONS LLC (Attachments: # 1 Text of Proposed Order) (Seiver, John) (Entered: 05/24/2012) |
| 05/29/2012 | 20 | ORDER granting 9 Motion to Reassign Case. Signed by Judge Ellen S. Huvelle on May 29, 2012. (lcesh1) (Main Document 20 replaced on 5/29/2012) (jf, ). (Entered: 05/29/2012) |
| 05/29/2012 | 21 | Case reassigned to Judge Robert L. Wilkins. Judge Ellen S. Huvelle no longer assigned to the case. (ds) (Entered: 05/29/2012) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/05/2012 16:50:02 | | | |
| **PACER Login:** | cr0124 | **Client Code:** | |
| **Description:** | Docket | **Search** | 1:12-mc-00150-RLW- |

|  | Report | Criteria: | AK |
|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.30 |