IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | CASE NO. 12-cv-01535 |
| Plaintiff, | Judge: Honorable Elaine E. Bucklo |
| v. | Magistrate: Honorable Mary M. Rowland |
| DOES 1-25, | |
| Defendants. | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

PACIFIC CENTURY INTERNATIONAL, LTD.

**DATED:** December 13, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail:paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rules.

                                                  s/ Paul Duffy
                                                  Paul Duffy